GEORGIA,
Chatham Co.
APRIL, 1806.

Ex parte
Putnam.

*Minutes of Superior Court, letter F. p. 232. 259.*

*Chambers, 12th April,* 1806.

*Ex parte* HENRY PUTNAM.

Before *Jones,* Judge.

EXCEPTIONS taken by *Henry Putnam* to the proceedings had before *William Smith,* a justice of the inferior court of Chatham county, and *John Pooler,* a justice of the peace of said county, on a claim made by *Eliza H. Scoffield* against the said *Henry Putnam,* for a forcible entry on the 4th of March last, on lot No. 37, Washington Ward, city of Savannah.

1. Because there is no such power, authority, usage, or custom, known to the good people of this country, or its government, as that the said *Eliza H. Scoffield* is pursuing.

2. That the said justice of the inferior court, and justice of the peace, are assuming in this regard a power, not known to the common or statute laws of this state, and contrary to the constitution of the state of Georgia.

3. That the 1st section of the 3d article of the constitution declares : " The Superior Courts shall have exclusive and final jurisdiction in all cases respecting titles to land, which shall be tried in the county where the land lies." And that no tribunal or court whatever have a right of trying or deciding the titles to lands directly, or indirectly, save and except the Superior Court of the county where the lands are situated ; for which cause the proceedings of the said justices are extra-judicial, illegal, and unconstitutional. For these, and many other causes of exception apparent on the face of their proceedings, the said *Henry Putnam* begs leave to except to the proceedings of the said justices, and prays that a writ of *prohibition* may issue.

*Stites,* attorney for *Putnam.*

On reading the foregoing grounds of exception taken by *Henry Putnam's* counsel, as well as his affidavits of the facts, in a prosecution commenced by Mrs. *Eliza H. Scoffield* against him for a forcible entry, on lot No. 37, Washington Ward, Savannah, before justices *Smith* and *Pooler*, and on said *Putnam's* application for a *prohibition : It is ordered*, that the said justices, and the party prosecuting before them, do show cause on Saturday next, the 19th instant, at the court house, why a *writ of prohibition* be not granted the said *Henry Putnam*, and that a copy of this order, be served on said justices, and party prosecuting ; and that in the mean time all farther proceedings by, or before them, be stayed.

GEORGIA,
Chatham Co.
APRIL, 1806.

Ex parte
Putnam.

---

*Chambers*, 19*th April*, 1806.

On a rule to show cause, why a writ of prohibition be not granted to the said *Henry Putnam*, to stay the proceedings of the said justices against him for a forcible *entry* and *detainer*, prosecuted by *Eliza H. Scoffield ;* and the parties being heard, a belief was suggested, that a decision had been formerly made by judge *Walton*, upon the *statutes* against forcible entries, and in order to give time to search the records for that case, the decision on this motion is for the present postponed.

*Ulterius Consilium.*